UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD PIERCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00160-JPH-KMB ) |
| DAUSS, et al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice.**

Date: 12/4/2023

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

RONALD PIERCE
903145
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only